FILED
2022 Nov-18 PM 12:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **ALLSTATE INDEMNITY COMPANY,** ) <br> **AS SUBROGEE OF TYLER AND** ) <br> **MEGAN BURNETT,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **v.** ) <br> ) <br> **OXFORD HOUSING, INC., &** ) <br> **ADVANCE MOBILE HOME** ) <br> **HEATING AND COOLING, INC.,** ) <br> ) <br> **Defendants.** ) | **CASE NO.: 1:21-CV-01030** |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Allstate Indemnity Company as Subrogee of Tyler and Megan Burnett, by and through their undersigned counsel, Advance Mobile Home Heating and Cooling, Inc., by and through their undersigned counsel, and Oxford Housing, Inc., by and through their undersigned counsel, and inform the Court they have settled all claims asserted by Plaintiff against Defendants in this case. Furthermore, the parties have consummated this settlement. Plaintiff and Defendants now request that all claims asserted in this lawsuit against Defendants be dismissed with prejudice, with each party to bear their own fees and costs.

                        Respectfully submitted,

                        /s/ *Brett A. Ross*
                        Brett A. Ross    (asb-6771-o76b)
                        Mark M. Ogren   (asb-2080-s12s)
                        Attorneys for Oxford Housing, Inc.

**OF COUNSEL:**
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216
Telephone: (205) 822-2006
Facsimile: (205) 822-2057
bross@carrallison.com
mogren@carrallison.com

                        /s/ *Brad M. Gordon* (with permission)
                        Brad M. Gordon (admitted Pro Hac Vice)
                        Attorney for Plaintiff

**OF COUNSEL:**
Brad M. Gordon
GROTEFELD, HOFFMAN, GORDON
OCHOA, & EVINGER, LLP
311 S. Wacker Dr.
Suite 1500
Chicago, IL 60606
bgordon@ghlaw-llp.com

/s/ *John W. Scott* (with permission)
John W. Scott
Christian C. Feldman
Attorneys for Plaintiff

**OF COUNSEL:**
John W. Scott
Christian C. Feldman
SCOTT DUKES & GEISLER, P.C.
211 22nd Street North
Birmingham, Alabama 35203
jscott@scottdukeslaw.com
cfeldman@scottdukeslaw.com

/s/ *Clarence Rivers, IV* (with permission)
Clarence "Chip" Rivers IV
Joe Peddy
Attorney for Advance Mobile Home
Heating and Cooling, Inc.

**OF COUNSEL:**
Clarence Rivers, IV
Joe Peddy
SMITH, SPIRES, PEDDY, HAMILTON,
& COLEMAN, P.C.
3500 Colonnade Parkway, Suite 350
Birmingham, Alabama 35243
crivers@ssp-law.com